FILED
CLERK
For Online Publication Only
3/11/2020 11:04 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LORENA VELASQUEZ, *et al.*

                    Plaintiffs,

   -against-

SUFFOLK COUNTY POLICE, *et al.*,

                    Defendants.
----------------------------------------------------------------X

**ORDER**
20-CV-00791(JMA)(AKT)

**AZRACK, United States District Judge:**

On February 10, 2020, Lorena Velasquez ("Plaintiff"), appearing pro se, filed a complaint in this Court, but did not remit the filing fee or file an application to proceed in forma pauperis. Accordingly, by Notice of Deficiency dated February 13, 2020 (the "Notice"), Plaintiff was instructed to either remit the filing fee or to complete and return the enclosed in forma pauperis application within fourteen (14) days from the date of the Notice. (ECF No. 2.) The Order also cautioned that a failure to timely comply with the Notice may lead to the dismissal of the complaint for failure to prosecute. (Id.)

To date, Plaintiff has not paid the filing fee, has not filed an in forma pauperis application, and has not otherwise communicated with the Court about this case. Accordingly, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to enter judgment and close this case. The Clerk of Court is further directed to mail a copy of this Order to the pro se plaintiff at her last known address.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose

of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).


**SO ORDERED.**

Dated: March 11, 2020
       Central Islip, New York

                                                 /s/ (JMA)
                                               JOAN M. AZRACK
                                               UNITED STATES DISTRICT JUDGE